# United States Court of Appeals
## For the First Circuit

No. 13-1469

CHENELL HAMMOND,

Plaintiff, Appellant,

v.

KMART CORPORATION and SEARS HOLDINGS CORPORATION,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on October 25, 2013 is amended as follows:

On page 9, line 5 "Garret" is changed to "Garrett".

On page 11, footnote 3, line 5 "Ch." is changed to "ch."